| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

LYNDA WILLIE, KENNETH MARTIN, §
JENNYFER AGUILAR, JORGE ALFARO, §
JR., ASHLYN BOYCE, JULIAN BRIDGES, §
KENNEDY RANDLE, JATORRY CAULEY, §
JAMYA CLARK, JAMICHAEL CLARK, §
JACOBIE COTTON, MYA DARTEZ, §
ROMYNIE DUDLEY, DANIELLA §
GARCIA, CHRISTIAN HERRING, §
CHERISH HERRING, MYKEL JANISE, §
BILLY JOSEPH, COLBYE KUCHERA, §
JAYD LIVINGS, JUSTICE MAYES, DON §
MOFF, III, TIMOTHY O'BRIEN, CIERA §
PATTIE, RODIE RASA, SPEED RASA, §
PARIS ROBERTS, RAJ ROBISON, AARON §
SHELDON, TYANNA SIMPSON, §
MAKENNA VINCENT, ISAIAH §
WHEATON, and AYANNA WILTZ, §
                                                          §
          Plaintiffs,                                     §
                                                          §
*versus*                                                  §   CIVIL ACTION NO. 1:23-CV-369
                                                          §
CONTINENTAL CASUALTY COMPANY §
and JAMES P. WHITE,                                       §
                                                          §
          Defendants.                                     §

## FINAL JUDGMENT

In accordance with the court's Order (#78) granting Defendants' Motions to Dismiss (#s 51, 52), the court enters final judgment in favor of Defendants Continental Casualty Company and James P. White. Plaintiffs shall take nothing by their suit. All relief sought which is not expressly granted is denied.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 25th day of September, 2025.

                                                 MARCIA A. CRONE
                                      UNITED STATES DISTRICT JUDGE